No. 96–5679 (A–142). IN RE MATA. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Petition for writ of habeas corpus denied.

AUGUST 27, 1996

No. D–1693. IN RE DISBARMENT OF SHEFFEY. Disbarment entered. [For earlier order herein, see *ante,* p. 1015.]

No. D–1694. IN RE DISBARMENT OF COOK. Disbarment entered. [For earlier order herein, see *ante,* p. 1015.]

No. D–1707. IN RE DISBARMENT OF BARNETT. Elliott B. Barnett, of Delray Beach, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on August 5, 1996 [*ante,* p. 1038], is discharged.

No. D–1718. IN RE DISBARMENT OF LaRENE. N. C. Deday LaRene, of Detroit, Mich., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 94–9689. O'LEARY *v.* UNITED STATES, 516 U. S. 850;

No. 95–1530. GLAVEY *v.* DIME SAVINGS BANK OF NEW YORK, 517 U. S. 1221;

No. 95–1671. SOFFER *v.* QUEENS COLLEGE OF THE CITY UNIVERSITY OF NEW YORK, 517 U. S. 1245;

No. 95–1672. BLACK TELEVISION WORKSHOP OF LOS ANGELES, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL., *ante,* p. 1017;

No. 95–1881. WARE ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL., *ante,* p. 1017;

No. 95–1787. FLATLEY *v.* WHITMAN, GOVERNOR OF NEW JERSEY, ET AL., *ante,* p. 1019;

No. 95–1817. KORNMAN ET VIR, INDIVIDUALLY AND ON BEHALF OF THEIR DEPENDENT SON, KORNMAN *v.* BLUE CROSS/ BLUE SHIELD OF LOUISIANA, *ante,* p. 1007;

No. 95–1843.  ROBINETT v. UNITED STATES, *ante*, p. 1020;

No. 95–1866.  $227,865 IN UNITED STATES CURRENCY v. UNITED STATES, *ante*, p. 1007;

No. 95–1909.  JACKSON ET UX. v. RUBIN, SECRETARY OF THE TREASURY, *ante*, p. 1020;

No. 95–6510.  GRAY v. NETHERLAND, WARDEN, *ante*, p. 152;

No. 95–8335.  WAPNICK v. UNITED STATES, *ante*, p. 1021;

No. 95–8425.  JANNEH v. THE REGENCY ET AL., 517 U. S. 1224;

No. 95–8455.  NAVA v. UNITED STATES SOCCER FEDERATION, 517 U. S. 1225;

No. 95–8528.  SLATON v. MILLER, SUPERINTENDENT, CORRECTIONAL INDUSTRIAL COMPLEX, PENDLETON, INDIANA, 517 U. S. 1214;

No. 95–8566.  YOUNGS v. WHELESS, BANKRUPTCY JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, ET AL., 517 U. S. 1247;

No. 95–8570.  CALHOUN v. ALLEN ET AL., 517 U. S. 1247;

No. 95–8589.  TUCKER v. MONTGOMERY WARD CREDIT CORP., 517 U. S. 1248;

No. 95–8599.  HOLLIDAY v. PAGE, *ante*, p. 1008;

No. 95–8623.  TEDDER v. ALABAMA BOARD OF PARDONS AND PAROLES, *ante*, p. 1008;

No. 95–8636.  RUEL v. SACO & BIDDEFORD SAVINGS INSTITUTION ET AL., *ante*, p. 1008;

No. 95–8660.  FAISH v. PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, *ante*, p. 1009;

No. 95–8671.  WILDER v. OKLAHOMA DEPARTMENT OF HUMAN SERVICES, *ante*, p. 1009;

No. 95–8681.  SIEGEL v. COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT, *ante*, p. 1022;

No. 95–8682.  BELL v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1009;

No. 95–8756.  BORDEN v. MASSACHUSETTS, *ante*, p. 1010;

No. 95–8771.  BRENNAN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1024;

No. 95–8772.  ARAYA v. UNIVERSITY OF THE DISTRICT OF COLUMBIA, *ante*, p. 1024;

No. 95–8780.  GRISMORE v. RYDER TRUCK RENTAL ET AL., *ante*, p. 1024;

No. 95–8798.  STANCIL v. MOO & OINK, INC., 517 U. S. 1238;

No. 95–8836.  FELKER v. TURPIN, WARDEN, *ante*, p. 651;

No. 95–8848.  IN RE RIVERA, *ante*, p. 1016;

No. 95–8850.  WILLIAMS *v.* ABBEY MEDICAL, INC., 517 U. S. 1239;

No. 95–8875.  LEBON *v.* UNITED STATES, 517 U. S. 1249;

No. 95–8926.  BALLENGER *v.* MISSISSIPPI, *ante*, p. 1025;

No. 95–8944.  HOLLY *v.* MISSISSIPPI, *ante*, p. 1025;

No. 95–8952.  PIZZO *v.* CAIN, WARDEN, ET AL., *ante*, p. 1025; and

No. 95–9071.  GUZMAN *v.* OFFICE OF PERSONNEL MANAGEMENT, *ante*, p. 1026.  Petitions for rehearing denied.

No. 95–7855.  MORRIS *v.* UNITED STATES, 516 U. S. 1181.  Motion for leave to file petition for rehearing denied.

AUGUST 29, 1996

No. 95–1974.  SOUTHWESTERN BELL CORP. ET AL. *v.* GREAT WESTERN DIRECTORIES, INC., ET AL.; and

No. 95–1982.  GREAT WESTERN DIRECTORIES, INC. *v.* SOUTHWESTERN BELL TELEPHONE CO. ET AL.  C. A. 5th Cir.  Certiorari dismissed under this Court's Rule 46.1.

SEPTEMBER 4, 1996

No. 95–1919.  POWAY UNIFIED SCHOOL DISTRICT ET AL. *v.* LOVELL, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, LOVELL, ET AL.  C. A. 9th Cir.  Certiorari dismissed under this Court's Rule 46.

No. A–140 (O. T. 1996).  BENTSEN ET AL. *v.* VERA ET AL.;

No. A–144 (O. T. 1996).  LAWSON ET AL. *v.* VERA ET AL.; and

No. A–159 (O. T. 1996).  LANEY ET AL. *v.* VERA ET AL.  D. C. S. D. Tex.  Applications for stay, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

SEPTEMBER 5, 1996

No. D–1695.  IN RE DISBARMENT OF SCHNEIDER.  Disbarment entered.  [For earlier order herein, see *ante*, p. 1015.]